UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARRY FREEMAN, : |  |
|     Plaintiff, : |  |
| : |  |
| v. : | No. 18-cv-2914 |
| : |  |
| OFFICE OF ATTORNEY : |  |
| GENERAL (PENN), *et al.*, : |  |
|     Defendants. : |  |

### O R D E R

AND NOW, this 13th day of August, 2018, upon consideration of Plaintiff Barry Freeman's second Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 9) and his *pro se* Amended Complaint (ECF No. 11), it is **ORDERED** that:

1. The Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 9) is **DENIED as moot** because the Court's July 19, 2018 Memorandum and Order granted Freeman leave to proceed *in forma pauperis*.

2. The Amended Complaint is **DISMISSED** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons set forth in the Court's Memorandum. Freeman's federal claims pursuant to 42 U.S.C. § 1983 are **DISMISSED with prejudice**. Any state law claims that Freeman may raise are **DISMISSED without prejudice** to his right to raise them in state court. Freeman may not file a second amended complaint in this matter.

3. The Clerk of Court shall **CLOSE** this case.

                                                  **BY THE COURT:**

                                                */s/ Joseph F. Leeson, Jr.*
                                                **JOSEPH F. LEESON, JR.**
                                                **United States District Judge**